1 **WO**

6 IN THE UNITED STATES DISTRICT COURT
7 FOR THE DISTRICT OF ARIZONA

9 United States of America,           )
10         Plaintiff,                 )   **06-7033m**
                                      )
11 vs.                                )
                                      )
12                                    )   **MATERIAL WITNESS ORDER**
   Brien Selestewa,                   )
13                                    )
          Defendant.                  )
14                                    )
                                      )

16    Defendant, Brien Selestewa having been charged in the District of Arizona with
17 a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate
18 Judge having determined from the affidavit of Luis Armendariz  filed in this case, the
19 following persons can provide testimony that is material to the offense(s) alleged in the
20 complaint:

21         1-Jaime Rodriguez-Rivera
22         2-Ricardo Gonzalez-Ordonez

23    The Magistrate Judge finds that it may become impracticable to secure the
24 presence of the witness(es) by subpoena in further proceedings because they are not in the
25 United States legally and have no legal residence or employment in this Country.

26   IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a
27 corrections facility separate, to the extent practicable, from persons awaiting or serving

1
2  sentences or being held in custody pending appeal.  The witness(es) shall be afforded a
3  reasonable opportunity for private consultation with counsel.
4       DATED this 13th day of February, 2006.

_____
Edward C. Voss
United States Magistrate Judge